# First District Court of Appeal
## State of Florida

———————————————————

No. 1D18-0275

———————————————————

Dewey Wayne Hamm,

Appellant,

v.

State of Florida,

Appellee.

———————————————————

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

May 11, 2018

Per Curiam.

Affirmed.

Wetherell, Ray, and Osterhaus, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.